**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6795**
_____

JEREMY SMALLWOOD,

          Plaintiff - Appellant,

    v.

SHAWN PRICE; SGT. ELLIOT; SOUTHWEST VIRGINIA REGIONAL JAIL AUTHORITY,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Michael F. Urbanski, Chief District Judge.  (7:22-cv-00383-MFU-JCH)

_____

Submitted:  January 30, 2024                 Decided:  February 8, 2024

_____

Before WILKINSON and NIEMEYER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeremy Smallwood, Appellant Pro Se.  Joseph Anthony Piasta, JOHNSON AYERS & MATTHEWS, PLC, Roanoke, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Smallwood appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint for failure to exhaust administrative remedies.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *See Smallwood v. Price*, No. 7:22-cv-00383-MFU-JCH (W.D. Va. Aug. 3, 2023).  We also deny all of Smallwood's pending motions.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*